UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Ronald Roy Weathers | ) | |
| | ) | |
| | ) | |
| | ) | Case No.  14-12611R |
| Debtor(s). | ) | Chapter 13 |

### OBJECTION TO PROOF OF CLAIM FILED BY SPECIALIZED LOAN SERVICING LLC
### (Proof of Claim #4)
### And Notice of Opportunity for Hearing

COMES NOW Ronald Roy Weathers and objects to the proof of claim filed by the above named creditor (Claim #4 on the Claims Register) because: 1) the claim does not contain supporting information of an account escrow statement required by Bankruptcy Rule 3001(c)(2)(C) nor does it 2) provide the amount of the ongoing monthly mortgage payment or 3) supporting documentation to justify all of the expenses claimed on Part 2 of the claim attachment.  Further, the creditor has not filed any notices of payment change required of Bankruptcy Rule 3002.1.  The documentation missing from the claim is necessary for the proper administration of the bankruptcy case.

The debtor believes the proper amount of post-petition monthly mortgage payments to equal $1474.90, which consists of a payment of $967.90 for principle and interest and $507 for escrow.

The creditor's omissions in the claim has caused unnecessary legal fees to debtor who seeks reimbursement from the creditor.  The debtor requests the court to a) disallow the claim as filed, b) determine the monthly mortgage payment to be $1474.90, disallow

all Pre-Petition Fees, Expenses and Charges as filed unless the creditor provides proper supporting document of each and every item, and c) award attorney fees to the debtor.

Specialized Loan Servicing LLC does not show up as a federally insured financial institution at http://research.fdic.gov/bankfind.

### NOTICE OF OPPORTUNITY FOR HEARING

**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document**. If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Northern District of Oklahoma, 224 South Boulder, Tulsa, Oklahoma 74103 no later than 33 days from the date of filing of this request for relief. You should also serve a file-stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice. **The 33 day period includes the three (3) days allowed for mailing provided for in Fed. R. Bankr. P. 9006(f).**

Respectfully submitted,

\_/s/  Ron Brown_____
Ron Brown, OBA # 16352
320 S. Boston Suite 1130
Tulsa, Ok. 74103
(918) 585-9500
(918) 585-5266 fax
ron.brown.2008@gmail.com

Certificate of Mailing

I hereby certify that a true and correct copy of the foregoing objection was mailed on this 27th day of August, 2015 to:

Specialized Loan Servicing LLC
Attn: Officer, Manager, Managing or
General Agent or Other Agent Authorized to Receive Service
8742 Lucent Blvd Suite 300
Highlands Ranch, Colorado 80129

Andrew Kussmaul
Buckley Madole PC
PO Box 9013
Addison TX 75001

Clifton Gooding
204 N Robinson Ave #650
Oklahoma City, OK 73102


                                                /s/ Ron D. Brown
                                                Ron D. Brown